**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE: | : Case No. 09-17995 |
| | : |
| ROBINSON, DAVID E. | : |
| ROBINSON, PATRICIA K. | : Judge Aug |
| | : |
| Debtor(s) | : |

## NOTICE TO THE CLERK OF
## RETURNED FUNDS

**TO THE CLERK OF THE COURT:**

  The attached check in the amount of $ 100.00   represents funds which were paid to Internal Revenue Service, Box 21126, Philadelphia, PA 19114, but said check was returned by the Internal Revenue Service as being already paid. We are, therefore, paying this amount to the Court pursuant to 11 U.S.C. Section 374(a). The name and address of the party entitled to this amount is as follows:

| Creditor | Claim No. | Dividend |
|---|---|---|
| Internal Revenue Service<br>P. O. Box 21126<br>Philadelphia, PA 19114 | 1 | 100.00 |
| Total | | $100.00 |

Dated:   December 8, 2010

/s/Mark Alan Greenberger
Mark Alan Greenberger
Trustee
105 E. 4th St., Suite 400
Cincinnati, OH 45202
Phone #:  513-721-1135
Fax #:   513-345-2585

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing pleading was served upon Monica Kindt, Assistant U.S. Trustee, Room 2030, 36 E. 7th Street, CBLD Building, Cincinnati, OH 45202, by regular U.S. Mail, postage prepaid, or by electronic filing this 8th day of December, 2010.

/s/Mark Alan Greenberger
Mark Alan Greenberger
Trustee

kgn 278599